IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 09-0221
 ((((((((((((((((

 In Re Maria Cristina Brittingham-Sada, Daniel Milmo Brittingham, And Maria
 Cristina Lobeira-Brittingham,

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The joint motion to abate, filed on June 15, 2009, is granted,
and this case is ABATED.
 2. This case is abated until further order of this Court and is
removed from the Court's active docket subject to reinstatement upon proper
motion. All other documents pending or filed are abated subject to being
reurged in the event the case is reinstated. It is the responsibility of
the parties to immediately notify this Court about any changes in status of
the settlement proceedings on or before July 15, 2009.

 Done at the City of Austin, this 26th day of June 2009.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk